# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0886
LT Case No. 2020-CF-008339-A

———————————————

LIONEL ZECAJA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy,
Assistant Public Defender, Daytona Beach, for Appellant.

Lionel Zecaja, Mayo, pro se.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

April 14, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____